FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 1 4 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valerie Winchell,<br><br>    Plaintiff,<br><br>vs.<br><br>Nestle Purina Petcare Co., et al,<br><br>    Defendants. | CV 03-1772-PHX-ROS<br><br>**ORDER** |

    Parties requested in their Second Notice of Discovery and Settlement filed September 21, 2004, a settlement conference before a U.S. Magistrate Judge.

    **IT IS HEREBY ORDERED** that a Settlement Conference before a U.S. Magistrate Judge be scheduled.

    **IT IS FURTHER ORDERED** that this matter is referred to United States Magistrate Judge Edward C. Voss for a settlement conference. Counsel is directed to place a conference call to Judge Voss' chambers at (602) 322-7660 to schedule a date and time for the settlement conference.

//

//

//

1     **IT IS FURTHER ORDERED** that should the parties no longer desire a settlement
2 conference, the parties should notify the Court within ten (10) days of the date of this Order so
3 the referral to a Magistrate Judge can be vacated.

4     DATED this  13  day of October, 2004.

*[signature]*

for Roslyn O. Silver
United States District Judge