# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Valerie Winchell, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>Nestlé Purina PetCare Co., a Missouri Corporation; Matt Miller; Alex Placzek and Bert Dorazio,<br><br>Defendants. | No. CV 03-1772 PHX ROS<br><br>**ORDER** |

The matter having come before the Court upon stipulation of the parties, and good cause appearing therefore:

IT IS HEREBY ORDERED that this cause of action is hereby dismissed with prejudice, each party to bear its own costs, expenses and attorneys' fees in connection therewith.

DONE IN OPEN COURT this 4 day of January, 2005.

ROSLYN O. SILVER
United States District Judge